# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0627. TARA ANDERSON v. HONGLEE, LLC d/b/a RUDY FURNITURE et al.

In this civil action, the trial court granted summary judgment to defendants Honglee, LLC d/b/a Rudy Furniture and Furniture of America California, Inc. in an order entered on November 9, 2018. On December 13, 2018, plaintiff Tara Anderson filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Anderson's notice of appeal was untimely filed 34 days after entry of the order she seeks to appeal. Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/19/2020*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*